## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. |
| v. : | |
| : | |
| NATURAL ADVANTAGE LLC, : | (electronically filed) |
| a/k/a TASTE ADVANTAGE LLC, : | |
| Defendant : | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

### COUNT 1
**Unregistered Distribution and Exportation of List 1 Chemicals
21 U.S.C. § 843(a)(9)**

From on or about January 10, 2011 to on or about January 24, 2017, in the Middle District of Pennsylvania, and elsewhere, the defendant,

NATURAL ADVANTAGE LLC,
a/k/a TASTE ADVANTAGE LLC,

an entity required to be registered to distribute and export List 1 chemicals, pursuant to Title 21, United States Code, Section 822(a)(2), did knowingly and intentionally distribute and export Piperonal, Heliotropine, Phenylacetic Acid, Isoamyl Phenylacetate, and Ethyl Phenylacetate, all List 1 chemicals, as defined by Title 21, United

States Code, Section 802, without obtaining an annual registration issued by the Attorney General.

All in violation of Title 21, United States Code, Section 843(a)(9).

Date: 6/10/20

DAVID J. FREED
United States Attorney

By: _____
PHILLIP J. CARABALLO
Assistant United States Attorney