IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:CR-20-112 |
| VS. | (JUDGE MARIANI) |
| NATURAL ADVANTAGE LLC a/k/a Taste Advantage LLC | |

## ORDER

NOW, THIS 3rd DAY OF MAY, 2022, IT IS HEREBY ORDERED THAT an arraignment and plea hearing in the above captioned case will be held on **Tuesday, May 24, 2022 at 1:00 p.m.** in the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, Pennsylvania. The arraignment and plea hearing will be held in a courtroom to be designated by the Clerk of Court. Counsel can obtain information on courtroom assignments by contacting the Clerk's office the Friday before the scheduled appearance.

Robert D. Mariani
United States District Judge